UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YOLANDA MARQUEZ, | § | |
| *Plaintiff,* | § | |
| vs. | § | CIVIL ACTION NO. 3:22-cv-1495-E |
| ALLSTATE TEXAS LLOYD'S | § | **(JURY)** |
| *Defendant.* | § | |

## CERTIFICATE OF NOTICE

TO THE UNITED STATES DISTRICT COURT:

The undersigned, attorney of record for Defendant Allstate Texas Lloyd's certifies that on July 12, 2022 a copy of the Notice of Removal of this action was filed with the Clerk of the District Court of the State of Texas, Dallas County, and that written notice of the filing of Notice of Removal was delivered to the attorney of record for the party named above as the Plaintiff in this action.  Attached to the notices were copies of the Notice of Removal.  Removal of this action is effective as of that date, pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

**DAVID ALLEN LAW GROUP, PLLC**

By: /s/ *David G. Allen*
    David G. Allen
    State Bar No.  00786972
    allen@dallenlg.com
    Brian G. Saucier
    State Bar No. 24037436
    saucier@dallenlg.com

    12222 Merit Drive, Suite 1200
    Dallas, Texas 75251
    (214) 748-5000 Telephone
    (214) 748-1421 Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On July 12, 2022 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    /s/ *David G. Allen*
    David G. Allen
    Brian G. Saucier