# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| YOLANDA MARQUEZ,<br>    Plaintiff | §<br>§<br>§ |
| v. | §   Civil Action No. 3:22-CV-1495-E<br>§ |
| ALLSTATE TEXAS LLOYDS,<br>    Defendant | §<br>§ |

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel of record, comes Plaintiff Yolanda Marquez and Defendant Allstate Texas Lloyds, who each and all do hereby stipulate and agree that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses. The said parties pray that this Court issue an Order dismissing this case, with prejudice, and with each party to bear its own costs and expenses.

**AGREED AND APPROVED:**

*/s/ Racchel D. Cabrera*
Shaun W. Hodge
State Bar No. 24052995
Racchel D. Cabrera
State Bar No. 24109093
The Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300
rcabrera@hodgefirm.com

*Counsel for Plaintiff Yolnda Marquez*

/s/ Brian G. Saucier
David G. Allen
Texas State Bar No.: 00786972
Brian G. Saucier
Texas State Bar No.: 24037436
12222 Merit Drive, Suite 1200
Dallas, Texas 75251
Telephone: 214-748-5000
Facsimile: 214-748-1421
allen@dallenlg.com
saucier@dallenlg.com

*Counsel for Defendant Allstate Texas Lloyds*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Rule 41(a) Stipulation of Voluntary Dismissal was filed electronically with the United States District Court for the Northern District of Texas, Dallas Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court via *ECF* on this **14th** day of **November, 2022**, addressed to those who do not receive notice from the Clerk of the Court.

David G. Allen
Texas State Bar No.: 00786972
Brian G. Saucier
Texas State Bar No.: 24037436
12222 Merit Drive, Suite 1200
Dallas, Texas 75251
Telephone: 214-748-5000
Facsimile: 214-748-1421
allen@dallenlg.com
saucier@dallenlg.com

*/s/ Racchel D. Cabrera*
Racchel D. Cabrera

*Counsel for Defendant Allstate Texas Lloyds*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| YOLANDA MARQUEZ, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-1495-E |
| | § | |
| ALLSTATE TEXAS LLOYDS | § | |
|     Defendant | § | |

## O R D E R

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses.

SIGNED AND ENTERED this _____ day of _____, 2022.

_____
United States District Judge

4